## EVANS et v LAWYER

Ohio Supreme Court
No 22431. Decided Nov 19, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur.

## STATE ex HARTFORD FIRE INS CO v WEYGANDT

Ohio Supreme Court
No 22258. Decided Nov 19, 1930

Marshall, CJ, Kinkade, Robinson, Matthias, Day and Allen, JJ, concur.

## O'NEILL v THOMAS

Ohio Supreme Court
No 22378, Decided Nov 19, 1930

Marshall, CJ, Kinkade, Matthias and Allen, JJ, concur.